IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:18-CR-491-WMR-CCB-2 |
| TYLER ROUSSELL, | |
| Defendant. | |

## ORDER

Having read and considered the Consent Motion to Continue Defendant Tyler Roussell's sentencing hearing, the Court finds that the continuance is in the best interests of justice, and the Defendant does not oppose the requested continuance. Accordingly, for good cause shown,

The motion is hereby GRANTED, and the sentencing hearing in the above-styled case is continued to **Wednesday, October 6, 2021 at 9:30 AM** in Atlanta Courtroom 1705.

SO ORDERED this 12th day of July, 2021.

_William M. Ray, II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE